Decided January 20, 2005

LEROY K. HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Leroy K. Harris' petition for certification for appeal from the Appellate Court, 86 Conn. App. 903 (AC 24657), is denied.

*Salvatore C. Adamo,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided January 20, 2005

URBAN REDEVELOPMENT COMMISSION OF THE CITY OF STAMFORD *v.* STEVE KATSETOS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 236 (AC 24732), is denied.

*Brenden P. Leydon,* in support of the petition.

*Robert P. Dolian* and *Kevin P. Broughel,* in opposition.

Decided January 20, 2005